# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION

# JUDGMENT IN A CIVIL CASE

BOBBY SCHLUETER, )
      Plaintiff, )
VS. ) CASE No. 3:16-2079
INGRAM BARGE COMPANY, )
      Defendant. )

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed December 18, 2019 (Docket No. 200).

The jury found in favor of defendant Ingram Barge Company by a preponderance of the evidence that defendant was not negligent in the manner claimed by plaintiff Bobby Schlueter, and negligence did not cause damage to plaintiff.

The jury found in favor of defendant Ingram Barge Company by a preponderance of the evidence that defendant's barge was seaworthy and was not the proximate cause of any damage to plaintiff Bobby Schlueter.

IT IS ORDERED AND ADJUDGED.

DATE: January 2, 2020

KIRK DAVIES, CLERK

*s/Katheryn Beasley*
BY KATHERYN BEASLEY
DEPUTY CLERK